# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* GNGH2 INC., Plaintiff, | ) ) ) ) ) | |
| v. | ) ) ) | Civil Action No. 22-598 (JMC) |
| PACIFIC WASHINGTON DC, MANAGER CORPORATION, *et al.*, Defendants. | ) ) ) ) ) | |

### ORDER DIRECTING PLAINTIFF-RELATOR TO SHOW CAUSE

On July 30, 2024, this Court ordered that the complaint be unsealed and served upon Defendants by August 29, 2024. ECF 10. It does not appear from the record that service has been effected on Defendants Pacific Washington DC Manager Corporation and Pacific Langham New York Corporation. The August 29, 2024 deadline having passed, it is

**ORDERED** that Plaintiff-Relator shall show cause by October 1, 2024, why this action should not be dismissed. If Plaintiff-Relator does not file a written response by that date, the Court will dismiss the case pursuant to Fed. R. Civ. P. 4 (m) and Local Civil Rule 83.23 for failure to prosecute.

Date: September 16, 2024

_____
Jia M. Cobb
United States District Judge