David Abrams, Attorney at Law (NY-0201)
PO Box 3353 Church Street Station
New York, New York 10008
Tel. 212-897-5821 dnabrams@gmail.com

United States District Court
District of the District of Columbia
_____

|  |  |  |
|---|---|---|
| United States of America ex rel. GNGH2 Inc., | ) ) ) | |
| Plaintiff-Relator, | ) ) | |
| - against - | ) ) | Civil Action No. 22-598 (JMC) |
| PACIFIC WASHINGTON DC MANAGER & PACIFIC LANGHAM NEW YORK, | ) ) ) | |
| Defendants. | ) ) | |

_____)

    Plaintiff-Relator hereby dismisses this matter pursuant to Rule 41(a)(1)(A)(i).

        Respectfully submitted,

*/s/ David Abrams/*

_____

David Abrams, Attorney at Law
 Attorney for Relator
GNGH2 Inc.

PO Box 3353 Church Street Station
New York, NY 10008
Tel. 212-897-5821
Fax  212-897-5811

Dated: September 16, 2024